### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE SPROUT SOCIAL, INC., STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:24-cv-08008 |
| This Document Relates To: ALL ACTIONS. | **JOINT STATUS REPORT** |

Pursuant to the Court's February 9, 2026 Minute Order (ECF No. 31), plaintiffs Stephen Hannaway and Richard Munch (together, "Plaintiffs"), nominal defendant Sprout Social, Inc. ("Sprout" or "the Company"), and defendants Justyn Howard, Ryan Barretto, Joe Del Preto, Aaron Rankin, Peter Barris, Steven Collins, Raina Moskowitz, Thomas Stanley, and Karen Walker (collectively, the "Individual Defendants" and, together with the Company, "Defendants"), submit the following Joint Status Report.

This Action has been stayed pending the earliest of: (i) entry of a final, non-appealable order on any summary judgment motions in the consolidated securities class action, captioned *Munch v. Sprout Social, Inc., et al.*, No. 1:24-cv-03867 (JIC) (N.D. Ill.) (the "Securities Class Action"), which asserts violations of the federal securities laws against Sprout Social and certain of its officers and directors, including certain of the Individual Defendants, arising from facts common to this Action; (ii) settlement or other mediated resolution of the Securities Class Action; or (iii) agreement of the parties. *See* ECF No. 9 (the "Stay Order") at ¶2; *see also* ECF No. 17 (applying the existing stay to the consolidated derivative action).

Since the Stay Order was entered, the lead plaintiff in the Securities Class Action filed a consolidated amended class action complaint, and defendants responded by filing a motion to dismiss. That motion to dismiss was fully briefed on July 17, 2025. No oral argument has been scheduled, and no ruling has been issued. *See* ECF Nos. 25, 28, 30.

Since the Parties' last status report on March 6, 2026 which stated that a hearing was scheduled for March 30, 2026 at 9 a.m. in the Securities Class Action to track the case only, this hearing has been stricken and reset to July 27, 2026 at 9 a.m. Accordingly, none of the conditions for terminating the Stay Order have been satisfied.

1

DATED: May 8, 2026

By: /s/ *Sarah E. Flohr*

**KIRBY McINERNEY LLP**
Anthony F. Fata
Sarah E. Flohr
Cormac H. Broeg
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel: (312) 767-5180
Fax: (312) 767-5181
afata@kmllp.com
sflohr@kmllp.com
cbroeg@kmllp.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (*pro hac vice*)
Marion C. Passmore (*pro hac vice*)
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (212) 308-5858
fortunato@bespc.com
passmore@bespc.com

*Counsel for Plaintiff Stephen Hannaway and Co-Lead Counsel*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
malmstrom@whafh.com

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Tel: (212) 935-7400
bsachsmichaels@glancylaw.com

*Counsel for Plaintiff Richard Munch and Co-Lead Counsel*

By: /s/ *Dane A. Drobny*

**WINSTON & STRAWN LLP**
Dane A. Drobny
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654-3406
Tel: (312) 558-7332
Fax: (312) 558-5700
ddrobny@winston.com

Matthew L. DiRisio (*pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4600
Fax: (212) 294-4700
mdirisio@winston.com

*Counsel for Defendants*

2